

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2018

No. 04-18-00762-CV

Anthony Chijioke **NGWU**,
Appellant

v.

Vera Amuche **TONI**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-19833
Honorable Martha Tanner, Judge Presiding

# O R D E R

The court reporter's record is due December 19, 2018. *See* TEX. R. APP. P. 35.1(a) (stating appellate record must be filed within 120 days after judgment is signed in cases where motion for new trial is timely filed). On November 2, 2018, the court reporter responsible for preparing the reporter's record filed a notification of late record stating appellant has not paid or made arrangements to pay the reporter's fee to prepare the record and appellant is not entitled to the record without paying the fee. The reporter also notes that appellant has not requested the record.

A copy of the clerk's record reflects that appellant filed a "Statement of Inability to Afford Payment of Court Costs of an Appeal Bond" in the trial court. There is nothing in the record indicating appellant's Statement of Inability was contested, and "an uncontested affidavit of inability to pay is conclusive as a matter of law." *See Campbell v. Wilder*, 487 S.W.3d 146, 151 (Tex. 2016). Accordingly, appellant's Statement of Inability establishes that appellant is entitled to the record without paying the fee.

Rule 34.6 of the Texas Rules of Appellate Procedure provides:

> At or before the time for perfecting the appeal, the appellant "must request in writing that the official court reporter prepare the reporter's record. The request must designate the exhibits to be included. A request to the court reporter … must also designate the portions of the proceedings to be included.

*See* TEX. R. APP. P. 34.6(b).  Accordingly, we **ORDER** appellant to file written proof to this court **on or before December 17, 2018,** that he has filed a designation of record with Judy Busbee-Mata, the official court reporter.  If appellant fails to respond within the time provided, appellant's brief will be due within thirty days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See id.* R. 37.3(c).


_____
Marialyn Barnard, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court